960 A.2d 427

**RITTENHOUSE PLAZA, INC.**

v.

**Joan LICHTMAN**

v.

Marvin Levin, C.P.A., Mary Duden, Stanton Oswald, Esquire, William Lederer, E. Gerald Riesenbach, Esquire, Jon Sirlin, Esquire, Dana Plon, Esquire and Peter Lesser, Esquire.

**Petition of Joan Lichtman.**

**No. 121 EM 2008.**

Supreme Court of Pennsylvania.

Nov. 5, 2008.

*ORDER*

PER CURIAM

**AND NOW,** this 5th day of November 2008, the Petition for Leave to File Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**